EYLEM TOK,
    Petitioner-Appellant,

      v.

MICHAEL NESSINGER, WARDEN,
    Respondent-Appellee, and
BRIAN A. KYES, United States Marshal,
    District of Massachusetts, Respondent.

Docket No. 26-1063

## APPELLANT EYLEM TOK'S ASSENTED-TO MOTION TO ENLARGE THE TIME FOR FILING HER OPENING BRIEF AND APPENDIX

Pursuant to Fed. R. App. P. 26 and 27 and 1st Cir. R. 27.0, Petitioner-Appellant Eylem Tok respectfully requests that this Honorable Court enlarge by 67 days to July 17, 2026, the time in which she is to file her opening brief and appendix. As reason therefor, she states as follows:

1. This case involves Ms. Tok's appeal from the denial of her Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the certification of her extradition to Türkiye.

2. On March 31, 2026, this Court ordered a briefing schedule under which Ms. Tok's brief and appendix are to be filed by May 11, 2026.

3. Since the case was entered in this Court, the Parties have received additional documents from the Turkish government, in particular an indictment against Ms. Tok. Appellant requires additional time to research, and discuss with the government, the impact of these new documents and whether or how they might be considered by this Court.

4. Undersigned counsel also requires additional time to confer with Ms. Tok with the

assistance of a translator.

5.  Counsel expects that it will be feasible to work through these issues and file Ms.

    Tok's brief and appendix by July 17, in light of the anticipated research required and

    counsel's engagements on other matters.

6.  This is the Appellant's first requested extension.

7.  The government, through counsel, assents to the requested extension.

Respectfully submitted,
EYLEM TOK,
By her attorneys,

/s/ Emma Quinn-Judge
Emma Quinn-Judge (1st Cir. Bar #1138229)
David A. Russcol (1st Cir. Bar #1160888)
Zalkind Duncan & Bernstein LLP
2 Oliver St., Suite 200
Boston, MA 02109
(617) 742-6020
equinn-judge@zalkindlaw.com
drusscol@zalkindlaw.com

Dated: May 1, 2026

## CERTIFICATE OF SERVICE

I, Emma Quinn-Judge, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Emma Quinn-Judge
Emma Quinn-Judge
